BERNARD GOODWIN v. ARTHUR C. MOWER.— Motion to dismiss appeal denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

JOSEPH JACOBSON v. YELLOW TAXI CORPORATION and ESBY SERVICE CORPORATION.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant Esby Service Corporation procure its points on appeal to be filed on or before the 2d day of November, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of the Application of KATHERINE E. BROWN for an Order Directing I. NICK GORDON, an Attorney, to Pay over Certain Moneys.— Motion granted, with ten dollars costs, unless appellant procure the record on appeal and appellant's points to be filed on or before the 2d day of November, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MARY KELLY v. JOHN H. EGGERS.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal and appellant's points to be filed on or before the 15th day of November, 1931, with notice of argument for December 1, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

SAMUEL DANZIG, Individually, etc., v. AMASIA IMPORTING CORPORATION and Others.— Motion to dismiss appeal denied upon condition that the trial be not stayed. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

PAGE MANUFACTURING COMPANY v. CHARLES KURLAN.— Motion to dismiss appeal denied with leave to renew if the appeal be not promptly prosecuted. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THOMAS E. SHEA, as Trustee, etc., v. RIVERVIEW CANNING COMPANY, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the proposed case on appeal to be served on or before the 30th day of October, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THOMAS E. SHEA, as Trustee, etc., v. FALLS CANNING COMPANY, INC.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the proposed case on appeal to be served on or before the 30th day of October, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

SAWYER-HORNSTEIN, INC., v. DAVID STEINHARDT and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin and O'Malley, JJ.

In the Matter of Supplementary Proceedings: ANTHONY J. SPECIALE, Judgment Creditor, v. THEODORE P. ECONOMU, Judgment Debtor.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure the record on appeal to be filed, with notice of argument, so that the appeal can be argued or submitted on the 20th day of November, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

LAWRENCE L. JACOBS v. ROSEMORE TRUCKING CORPORATION.—Application granted. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.